Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
 (212) 218-5500
Attorneys for Defendants
Marshalls of MA, Inc. and Ivette Gonzalez

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORAIN CLARKE,<br><br>  Plaintiff,<br><br>  v.<br><br>MARSHALLS of MA, LLC d/b/a,<br>MARSHALLS, IVETTE GONZALEZ,<br>JOHN DOES 1-10, and ABC CORP. 1-10,<br>said names being fictitious,<br><br>  Defendants. | Case No. 2:19-cv-18979-CCC-MF<br><br>**STIPULATION AND CONSENT ORDER TO EXTEND DISCOVERY DEADLINES** |

    Plaintiff Orain Clarke ("Clarke" or "Plaintiff") and Defendants Marshalls of MA, Inc. ("Marshalls") (incorrectly named as "Marshalls of MA, LLC d/b/a Marshalls") and Ivette Gonzalez ("Gonzalez") (Marshalls and Gonzalez collectively, "Defendants"), by and through their respective undersigned counsel, hereby submit this joint stipulation for a 90-day extension of time for the fact and expert discovery periods in this action. In support of this joint stipulation, the parties represent that:

    1. Pursuant to this Court's May 14, 2020 Scheduling Order, fact discovery in this action currently is set to close on November 19, 2020. (ECF No. 14.)

    2. A settlement conference is scheduled for December 15, 2020. (ECF No. 26.)

    3. In the time since the Scheduling Order was issued, the parties have diligently engaged in written discovery and produced numerous documents, although with

certain challenges due to COVID-19 (*see* ECF No. 14) and Seyfarth's IT systems being subject to an aggressive malware attack that rendered Seyfarth's electronic systems (*e.g.*, document management system, email, calendars, etc.) inaccessible for some time (*see* ECF No. 24).

4. During the Status Conference held on October 28, 2020 (*see* ECF No. 25), the parties requested additional time for paper discovery, depositions, and expert discovery, and at the Court's direction submit the instant proposed schedule.

5. Accordingly, the parties request additional time for discovery so that they may continue their efforts to complete discovery and participate in the settlement conference.

6. Based on the foregoing, the parties stipulate to, and jointly request and propose, the following revised discovery deadlines:

| Deadline to Bring Discovery Disputes | February 1, 2021 |
| --- | --- |
| Fact Discovery Deadline | March 31, 2021 |
| Affirmative Expert Reports | April 19, 2021 |
| Responding Expert Reports | May 28, 2021 |
| Expert Discovery Deadline | July 30, 2021 |

7. This joint stipulation is filed in good faith and not for the purpose of unwarranted delay.

WHEREFORE, the parties respectfully request that the Court issue an Order extending the fact discovery period through and including March 31, 2021 and extending the expert discovery period through and including July 30, 2021.

| ORAIN CLARKE | MARSHALLS OF MA, INC. & IVETTE GONZALEZ |
|---|---|
| By: *s/ Ronald J. Wronko*<br>Ronald J. Wronko<br>LAW OFFICES OF<br>RONALD J. WRONKO, LLC<br>134 Columbia Turnpike<br>Florham Park, New Jersey 07932<br>(973) 360-1001<br>ron@ronwronkolaw.com | By: *s/ Robert T. Szyba*<br>Robert T. Szyba<br>SEYFARTH SHAW LLP<br>620 Eighth Avenue, 32nd Floor<br>New York, New York 10018<br>(212) 218-5500<br>rszyba@seyfarth.com |

Date: November 18, 2020

SO ORDERED,
This 1st day of December, 2020

_____
HON. MARK FALK, U.S.M.J.